**FILED**
Oct. 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. CR S-06-093 EJG
            Plaintiff,              )
                                    )   ORDER FOR RELEASE OF
v.                                  )   PERSON IN CUSTODY
                                    )
TODD LADON JOHNSON,                 )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Todd Ladon Johnson</u>, from custody subject to the conditions under following conditions.

   ___ Release on Personal Recognizance

   ___ Bail Posted in the Sum of $_____

       ___ Unsecured Appearance Bond $ _____

       ___ Appearance Bond with 10% Deposit

       ___ Appearance Bond with Surety

       ___ Corporate Surety Bail Bond

   **XX** Defendant shall surrender to the institution designated by the Bureau of Prisons, or, if none, to the United States Marshal at 501 I Street, Sacramento, California no later than 2pm on November 17, 2008

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 10/31/08

Issued at <u>Sacramento, CA</u> on <u>October 31, 2008</u>.

By _____
Edward J. Garcia
United States District Judge