**FILED**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

SEP 21 2010

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )     2:06-CR-0093-EJG
                                         )
          v.                             )
                                         )
TODD LADON JOHNSON,                      )
                                         )
                    Defendant.           )
_____)

### ORDER FOR REMISSION OF FINE

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.   The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Todd Ladon Johnson is hereby remitted.

IT IS SO ORDERED:

Dated: ___9/15/10___

_____
EDWARD J. GARCIA
United States District Judge

Order For Remission of Fine                        1